IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-11122
Summary Calendar
_____

OILLE FITZGERALD JOHNSON,

                                        Plaintiff,

versus

LUBBOCK COUNTY, TX.; ET AL.,

                                        Defendants,

RICHARD HAYNES; JOSEPH LANZA;
JOHN S. POWELL, STEVE SUMNER;
REBECCA HAMILTON,

                                        Appellants.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:00-CV-255-C
_____

March 8, 2002

Before POLITZ, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Richard Haynes, Joseph Lanza, John S. Powell, Steven Sumner, and Rebecca

Hamilton, attorneys for Ollie Fitzgerald Johnson, appeal a sanction order imposed

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

by the district court, warning that future misconduct would warrant the imposition of severe sanctions. They contend that the sanction order is too ambiguous to be enforceable. They also maintain that the district court did not make a specific finding that their actions constituted misconduct or a disruption in the district court's proceedings. The record reflects that the district court did make a specific finding that the appellants made misrepresentation to the court by misquoting the language of the court's previous orders to file a more definite statement regarding their fraud claims, and by omitting certain language from the previous orders. The district court did not abuse its discretion in issuing a warning that any future misconduct by the appellants would warrant the imposition of sanctions.[1]

AFFIRMED.

---

[1]See Scaife v. Associated Air Center, Inc., 100 F.3d 406, 411 (5th Cir. 1996).